IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERMAVANCE PHARMACEUTICALS, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MEDINTER, LTD., BRITISH VIRGIN ISLANDS,** | : | |
| *Defendant*. | : | **NO. 21-cv-01144** |

**O R D E R**

     **AND NOW**, this 2nd day of August 2022, it is hereby **ORDERED** that the on the record Pretrial Conference (Rule 16) is **RESCHEDULED** for **Tuesday, August 16, 2022 at 10:00 a.m.** before the Hon. Chad F. Kenney, in Courtroom **11B**, 601 Market Street, Philadelphia, PA 19106.

     It is also **ORDERED** that the parties shall complete and **file with the Clerk an updated Report of the Rule 26(f) Meeting** incorporating any changes as to the status of discovery or any other relevant matters **on or before August 9, 2022 by 12:00 p.m.**

**Counsel must email chambers on or before August 5, 2022 by 12:00 Noon that they have read and understood this Order.**

                                                                 BY THE COURT:

                                                                 /s/ Chad F. Kenney
                                                                 _____
                                                                 **CHAD F. KENNEY, JUDGE**