IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERMAVANCE PHARMACEUTICALS, INC.,** : | | **CIVIL ACTION** |
| *Plaintiff*, : | | |
| : | | |
| **v.** : | | |
| : | | |
| **MEDINTER, LTD,** : | | |
| **BRITISH VIRGIN ISLANDS,** : | | |
| *Defendant.* : | | **NO. 21-cv-01144** |

## O R D E R

**AND NOW**, this 11th day of April 2024, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 67), Defendant's Response in Opposition (ECF No. 71), and Plaintiff's Reply (ECF No. 72), it is hereby **ORDERED** that the Motion (ECF No. 67) is **GRANTED IN PART** and **DENIED IN PART**.

The Motion (ECF No. 67) is **GRANTED** insofar as collateral estoppel applies to the Delaware Action, and it has been established that Medinter infringed Galderma's patent. The Motion (ECF No. 67) is **DENIED** in all other respects, and the parties shall proceed to discovery on the remaining issues in the case.

It is further **ORDERED** that an **in person**, on the record Pretrial Conference (Rule 16) is scheduled for **May 2, 2024 at 10:00 a.m.** before the Hon Chad F. Kenney, in Courtroom **11B**, 601 Market Street, Philadelphia, PA 19106.

It is also **ORDERED**:

1. The discovery period, regardless of any pending motion(s), begins with this Order and the parties shall exchange written discovery requests immediately;

2. After consultation with all counsel for all parties, Plaintiff's counsel shall complete and

1

**file with the Clerk the required Report of the Rule 26(f) Meeting** incorporating, at a minimum, all the information required in this Court's form Rule 26(f) Report (found on the Court's website) **on or before April 29, 2024 by 12:00 p.m.**;

3. The parties must serve on the other party the initial set of interrogatories and requests for production within 10 days of this order, if not already done so.

4. Lead trial counsel is required to appear at the Rule 16 Conference.  If lead counsel is absolutely unable to attend, the conference will be rescheduled;

5. Lead trial counsel must be prepared to speak on every subject, including settlement, liability, remedies, and damages and have authority from their clients to do so; and

6. Counsel are instructed to refer to Judge Kenney's Practices and Procedures which are found at: https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney.

                                  **BY THE COURT:**

                                  /s/ Chad F. Kenney

                                  _____
                                  **CHAD F. KENNEY, JUDGE**